IN THE SECOND DISTRICT COURT OF APPEAL, LAKELAND, FLORIDA

April 4, 2018

KATHERINE L. LACKEY,                    )
                                        )
            Appellant,                  )
                                        )
v.                                      )        Case No. 2D16-4230
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____)


BY ORDER OF THE COURT:

            On its own motion, this court's opinion dated February 28, 2018, is

withdrawn, and the attached opinion is issued in its place.


I HEREBY CERTIFY THE FOREGOING IS A
TRUE COPY OF THE ORIGINAL COURT ORDER.


MARY ELIZABETH KUENZEL
CLERK

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


KATHERINE L. LACKEY,                    )
                                        )
            Appellant,                  )
                                        )
v.                                      )        Case No. 2D16-4230
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____ )


Opinion filed April 4, 2018.

Appeal from the Circuit Court for Polk
County; James A. Yancey, Judge.

Justin S. Gaines, Lakeland, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Susan M. Shanahan,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Dismissed.


LaROSE, C.J., and KHOUZAM and ROTHSTEIN-YOUAKIM, JJ., Concur.